# COSTCO WHOLESALE CORP. *v.* OMEGA, S. A.

No. 08–1423.   Argued November 8, 2010—Decided December 13, 2010

*Roy T. Englert, Jr.*, argued the cause for petitioner.   With him on the briefs were *Ariel N. Lavinbuk, Norman H. Levine,* and *Aaron J. Moss.*

*Aaron M. Panner* argued the cause for respondent.   With him on the brief were *Michael K. Kellogg* and *Matthew C. Wagner.*

*Deputy Solicitor General Stewart* argued the cause for the United States as *amicus curiae* urging affirmance.   With him on the brief were *Acting Solicitor General Katyal, Assistant Attorney General West,* and *Melissa Arbus Sherry.**

---

*Briefs of *amici curiae* urging reversal were filed for the American Library Association et al. by *Jonathan Band;* for eBay, Inc., et al. by *David B. Salmons* and *Mary T. Huser;* for the Entertainment Merchants Association et al. by *John T. Mitchell* and *Kathleen Hartnett;* for Intel Corp. by *Theodore B. Olson, Matthew D. McGill,* and *Tina M. Chappell;* for Public Citizen by *Gregory A. Beck, Adina H. Rosenbaum,* and *Allison M. Zieve;* for Public Knowledge et al. by *Gigi B. Sohn;* and for the Retail Industry Leaders Association et al. by *Seth D. Greenstein.*

Briefs of *amici curiae* urging affirmance were filed for the American Bar Association by *Stephen N. Zack* and *Thomas C. Goldstein;* for the American Watch Association by *Ronald G. Dove, Jr.;* for the Association of American Publishers by *Charles S. Sims* and *Jon A. Baumgarten;* for the Business Software Alliance by *Andrew J. Pincus;* for FUJIFILM Corp. et al. by *Lawrence Rosenthal;* for the Motion Picture Association of America, Inc., et al. by *Seth P. Waxman, Randolph D. Moss, Catherine M. A. Carroll,* and *Jennifer L. Pariser;* and for the Software & Information Industry Association by *Scott E. Bain.*

Briefs of *amici curiae* were filed for the American Intellectual Property Law Association by *Patrick J. Coyne;* and for the Intellectual Property Owners Association by *George L. Graff, Kevin Rhodes, Victoria A. Cundiff, Rebecca K. Myers,* and *Laura K. Isenberg.*

PER CURIAM.

The judgment is affirmed by an equally divided Court.

JUSTICE KAGAN took no part in the consideration or decision of this case.